FREDERICK WOLFF *v.* CATHERINE B. WOLFF

[No. 59, September Term, 1978.]

*Decided May 25, 1979.*

The cause was argued before MURPHY, C. J., and SMITH, DIGGES, ELDRIDGE, ORTH and COLE, JJ.

*Steven A. Skalet,* with whom was *E. David Harrison* on the brief, for appellant.

*Harold Buchman,* with whom was *Barbara Mello* on the brief, for appellee.

PER CURIAM:

This Court having granted a writ of certiorari and having determined that the opinion of Judge Ridgely P. Melvin, Jr., for the Court of Special Appeals in *Wolff v. Wolff,* 40 Md.

App. 168 (1978) correctly sets forth the applicable law, we hereby adopt that opinion as the opinion of this Court and affirm the judgment of the Court of Special Appeals.

*Judgment of the Court of Special Appeals affirmed.*
*Costs to be paid by the appellant.*